IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:17-CR-134-FDW-DSC |
|---|---|---|
| v. | ) | **ORDER FOR FINAL DETERMINATION OF RESTITUTION** |
| (37) JOE TARPEH JOHNSON, | ) | |
| (41) BARRINGTON AUDLEY LATTIBEAUDIERE, | ) | |
| (51) ISAAC NABAH MCINTOSH, | ) | |
| (62) AUSTIN DEMONTRY POTTS, | ) | |
| (68) RASHAD SATTAR, | ) | |
| (72) ISAIAH DEVON STALLWORTH, and | ) | |
| (76) LAVON CHRISTOPHER TURNER, | ) | |
| Defendants. | ) | |

THIS MATTER is before the Court pursuant to the United States' Motion for Final Determination of Restitution. For good cause shown, the Motion is GRANTED.

The Court FINDS based on the Motion and the record that the United States has established restitution loss by a preponderance of the evidence for purposes of 18 U.S.C. § 3663A. Further, the List of Victims and Losses included in the Motion sets forth an appropriate measure of restitution loss and an appropriate list of victims entitled to restitution.

THEREFORE, this Court respectfully ORDERS the Clerk of Court to submit Amended Judgments against Defendants JOHNSON, LATTIBEAUDIERE, MCINTOSH, POTTS, SATTAR, STALLWORTH, and TURNER, providing for restitution in the total amount of $43,847.87 to be distributed to victims in the amounts set forth in the Government's Motion.

Signed: April 1, 2019

Frank D. Whitney
Chief United States District Judge

1